WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | 04-4179M-001-LOA |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| ) | ORDER AND JUDGMENT |
| Robert William Dicken, ) |  |
| ) |  |
| Defendant. ) |  |

      The defendant was originally placed on supervised release by Magistrate Judge Stephen L. Verkamp on August 26, 2004. On May 9, 2005, a Petition to Revoke Supervised Release was filed alleging a violation of Standard Condition No. and 3 Special Condition No. 3. On September 20, 2005 a revocation hearing was conducted at which time the defendant admitted to violating Standard Condition No. 3.

      On October 18, 2005, the defendant appeared with counsel, Candace Kent, and the Government was represented by AUSA Glenn McCormick for the final disposition hearing.

      **IT IS ORDERED** terminating the defendant's supervised release unsuccessfully.

      1.  The defendant is hereby committed to the custody of the Bureau of Prisons for a term of Eighty (80) Days and given credit for Fifty (50) Days.

      **IT IS FURTHER ORDERED** that judgment is entered against Defendant and in favor of the Plaintiff in the sum of $1,000.00, the amount of the outstanding and unpaid fine imposed by Magistrate Judge Verkamp.

1   **IT IS ORDERED** that on motion of the United States, the Violation
2   of Standard Conditions B and C of the petition are dismissed.
3   **IT IS ORDERED** that the Defendant is advised of his right to appeal
4   the imposed sentence by filing a Notice of Appeal within 10 days from
5   the date of entry of this order.
6   DATED this 20th day of October, 2005.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge